In the Matter of the Accounting of BANKERS TRUST COMPANY, as Substituted Trustee under the Will of MORITZ COHN, Deceased, Respondent. ROBERT H. J. LEATT, Respondent; ELISE WEISENFELD et al., Appellants.

Argued May 26, 1947; decided July 2, 1947.

*Alan M. Stroock, Morton L. Deitch* and *Martin N. Whyman* for James L. Frank and Maurice G. Frank, appellants.

*Philip Halpern* and *Louis Hartmann* for LeRoy Klopfer, Amy Klopfer Jacobson and Louis Loeb, appellants.

*Edgar Loew, Jerome I. Hyman* and *Stanleigh P. Friedman* for Henry Alfred Leatt, appellant.

*Milton L. Rosenberg* for Elise Weisenfeld and Julia Krauss, appellants.

*Leonard M. Wallstein, Jr.,* and *Leonard M. Wallstein* for Bankers Trust Company, as substituted trustee, respondent.

*Saul E. Rogers* and *Sol Ringel* for Robert Henry Joseph Leatt, respondent.

Order affirmed, with costs to the respondent Robert Henry Joseph Leatt (the adopted son) payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: FULD, J.